JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BARRICK-ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACOSTA, INC., which will do business in California as ACOSTA SALES AND MARKETING; ACOSTA SALES AND MARKETING; ACOSTA INC.; and DOES 1 through 100, Inclusive<br><br>　　　　Defendants. | Case No. SA CV14-00209-GAF (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# ORDER

WHEREAS, Plaintiff Karen Barrick-Alvarez ("Plaintiff") and Defendant Acosta, Inc. ("Acosta") (collectively, the "Parties") have submitted a Joint Stipulation of Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties have reached a complete resolution of Plaintiff's claims for relief, memorialized in a confidential settlement agreement and release.

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties shall bear their own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: July 7, 2014      _____
                         HON. GARY A. FEESS
                         UNITED STATES DISTRICT JUDGE

JS-6

---

1

**ORDER GRANTING JOINT STIPULATION OF
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**